UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS ASSET<br>FINANCING CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>ALICIA CLARK BRADLEY,<br><br>Defendant,<br><br>vs.<br><br>UNITED STATES OF AMERICA<br>    Reach and<br>    Apply Defendant,<br>    Trustee Defendant. | CIVIL ACTION NO. 04-10053RWZ |

## REQUEST FOR DEFAULT

I, Christopher Maffucci, attorney for the above-named plaintiff, Massachusetts Asset Financing Corp., states that the complaint in this action was filed on January 9, 2004 and the Summons and a copy of the Complaint were served on the defendant Alicia Clark Bradley, on January 13, 2004, as shown in the Return of Service by Theresa Eppinette, process server of North Delta Investigations, 5869 Dewey Brown Road, Bastrop, Louisiana which is attached hereto as Exhibit "A". The defendant herein failed to serve a responsive pleading or to otherwise defend as provided by the Federal Rules of Civil Procedures therefore, I request that a default be entered against defendant Alicia Clark Bradley, in this action.

                                                Respectfully submitted,

                                                MASSACHUSETTS ASSET FINANCING CORP.
                                                By its attorney,

                                                _____
                                                Christopher Maffucci # 645972
                                                CASNER & EDWARDS, LLP
                                                303 Congress Street, 2nd Floor
                                                Boston, MA 02210

Dated: February 18, 2004                    (617) 426-5900

### CERTIFICATE OF SERVICE

    I hereby certify that a true copy of the above document was served upon each other party by mail on February 18, 2004.

                                                _____
                                                Christopher Maffucci

6857.16/311838.1