UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

MASSACHUSETTS ASSET
FINANCING CORPORATION
    Plaintiff

VS.                                                CIVIL ACTION: 04-10053

ALICIA CLARK BRADLEY
    Defendant

VS.

UNITED STATES OF AMERICA
    REACH AND
    APPLY DEFENDANT
    TRUSTEE DEFENDANT

**MOTION AND ORDER TO VACATE DEFAULT JUDGMENT**

NOW INTO COURT, through undersigned counsel, comes defendant, ALICIA CLARK BRADLEY, who respectfully represents and moves the Court as follows:

1.

Mover has been served with a Request for Default in the captioned matter.

2.

Mover has retained the undersigned counsel to represent her in this matter.

3.

Counsel for mover has conferred with counsel for Massachusetts Asset Financing Corporation, Christopher Maffucci, who has agreed to mover's request to vacate the Request for Default and/or any Default Judgment rendered in the captioned matter to allow defendant time to file an Answer to the Complaint.

WHEREFORE, defendant, ALICIA CLARK BRADLEY, through undersigned counsel, prays that this Honorable Court vacate the Request for Default and/or any Default Judgment rendered in the captioned matter, granting defendant, ALICIA CLARK BRADLEY, additional time within which to file an Answer to the Complaint.

Respectfully submitted,

*[signature]*

CHARLES D. JONES
141 DESIARD STREET, SUITE 315
MONROE, LOUISIANA 71201
318/325-2644
BAR ROLL NO. 07476

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing has been forwarded to counsel for plaintiff, Christopher Maffucci, 303 Congress Street, Boston, Massachusetts 02210 this 3 day of March, 2004 by federal express.

_____
CHARLES D. JONES