UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

MASSACHUSETTS ASSET
FINANCING CORPORATION
    Plaintiff

VS.                                                               CIVIL ACTION: 04-10053

ALICIA CLARK BRADLEY
    Defendant

VS.

UNITED STATES OF AMERICA
    REACH AND
    APPLY DEFENDANT
    TRUSTEE DEFENDANT

**PETITION FOR ADMISSION PRO HAC VICE**

In accordance with the Uniform Local Rules for the United States District Court, application is made to be admitted *pro hac vice* to the bar of this Court for the purpose of appearing on behalf of Alicia Clark Bradley in the above described action. I am ineligible to become a member of this Court, but I am a member in good standing of the bar of the United States District Court for the Eastern and Western Districts of Louisiana and the bar of the Louisiana Supreme Court, which is the highest court of this state. Attached hereto is a certificate of good standing from said court and payment of the applicable fee of $25.00, made payable to "Clerk, U. S. District Court". There are no disciplinary proceedings or criminal charges pending against me.

Respectfully submitted,

_____
CHARLES D. JONES
141 DESIARD STREET, SUITE 315
MONROE, LOUISIANA 71201
318/325-2644
BAR ROLL NO. 07476

## CERTIFICATE OF SERVICE

I, Charles D. Jones, certify that I have this day served a true and correct copy of the above and foregoing Petition for Admission Pro Hac Vice and attached proposed Order by mailing same by U. S. Mail, postage prepaid to:

Christopher Maffucci, Esq.
303 Congress Street
Boston, MA 01120

So certified this 3 day of March, 2004.

_____
CHARLES D. JONES

# United States of America

# State of Louisiana

# Supreme Court of the State of Louisiana

I, JOHN TARLTON OLIVIER, Clerk of the Supreme Court of the State of Louisiana, do hereby certify that

**CHARLES DEAN JONES, ESQ., #7476**

was duly admitted and licensed to practice as an attorney and counselor at law in this Court and the several courts of the State of Louisiana, on the 24th Day of October, 1975 A.D.; and is currently in good standing, and sufficiently qualified to perform the duties of an attorney and counselor at law.

IN WITNESS WHEREOF, I hereunto sign my name and affix the seal of this Court, at the City of New Orleans, this the 27th Day of February, 2004, A.D.

Clerk of Court
Supreme Court of Louisiana