UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS ASSET FINANCING CORP., INC., )<br>)<br>Plaintiff, )<br>)<br>V. )<br>)<br>ALICIA CLARK BRADLEY, )<br>)<br>Defendant, )<br>)<br>V. )<br>)<br>THE UNITED STATES OF AMERICA, )<br>)<br>Reach and )<br>Apply Defendant, )<br>Trustee Defendant. )<br>) | CIVIL ACTION NO. 04-10053-RWZ |

**STIPULATION OF DISMISSAL**

The plaintiff, Massachusetts Asset Financing Corp., Inc., and the defendant, United States of America, by and through their undersigned counsel, respectfully submit this stipulation of dismissal, requesting that the United States be dismissed as a party to this action for the reasons set forth herein.

1. On or about August 14, 2003, the United States, pursuant to Title 21, United States Code, Section 881, seized from the defendant, Alicia Clark Bradley, a sum of currency totaling Seventy-Five Thousand Dollars ($75,000.00).

2. The plaintiff thereupon named the United States as a party in the instant action, claiming an interest in the seized funds.

3. In connection with this action, the plaintiff also filed an Application for Prejudgment Garnishment ("Application") in the State Court for Fulton County, Georgia, naming Alicia Clark Bradley as defendant and the United States as garnishee.

4. The Application seeks to garnish said funds seized by the United States from defendant Alicia Clark Bradley.

5. In response to the Application, the United States has paid the funds seized from defendant Alicia Clark Bradley into the registry of the State Court of Fulton County, Georgia.

6. The United States claims no interest in said funds.

7. There are no other claims against the United States which arise from either this action or the Application.

8. For the above reasons, the plaintiff and the United States hereby stipulate and agree that the United States is no longer a necessary or proper party to these proceedings.

9. The plaintiff and the United States, therefore, request that this Court enter an Order dismissing the United States from this action.

10. The defendant Alicia Clark Bradley will not be prejudiced or injured by granting the relief sought herein since she is named as a party in both proceedings.

WHEREFORE the plaintiff and the United States respectfully request the Court to enter an Order dismissing the United States from this case.  A proposed Order is provided for the convenience of the Court.

By the parties,

| Plaintiff, | Defendant, |
|---|---|
| MASSACHUSETTS ASSET FINANCING CORP., INC. | UNITED STATES OF AMERICA |
| By its attorney, | MICHAEL J. SULLIVAN<br>United States Attorney |
| */S/ Christopher R. Donato<br>Christopher Maffucci, Esq.<br>Casner & Edwards, LLP<br>303 Congress Street<br>Boston, MA 02210<br>(617) 426-5900 | /S/ Christopher R. Donato<br>Christopher R. Donato<br>Assistant U.S. Attorney<br>John Joseph Moakley Courthouse<br>One Courthouse Way, Suite 9200<br>Boston, MA 02210<br>(617) 748-3303 |

**CERTIFICATE OF SERVICE**

I hereby certify that on this day a true copy of the above document was served by first class mail, postage prepaid, upon the attorney of record for defendant Alicia Clark Bradley at the following address:

Charles D. Jones, Esq.
141 DeSiard Street
Suite 315
Monroe, LA 07476

Dated: April 26, 2004         /S/ Christopher R. Donato
                              Christopher R. Donato
                              Assistant U.S. Attorney


\*   Attorney Christopher Maffucci authorized Christopher R. Donato, AUSA, to sign this document on his behalf per our telephone conversation on April 22, 2004.