UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
_____
                                )
MASSACHUSETTS ASSET FINANCING   )
CORP., INC.,                    )
                                )
        Plaintiff,              )
                                )
V.                              )   CIVIL ACTION NO. 04-10053-RWZ
                                )
ALICIA CLARK BRADLEY,           )
                                )
        Defendant,              )
                                )
V.                              )
                                )
THE UNITED STATES OF AMERICA,   )
                                )
        Reach and               )
        Apply Defendant,        )
        Trustee Defendant.      )
_____)
```

**ORDER DISMISSING THE UNITED STATES OF AMERICA
AS A DEFENDANT**

Pursuant to the Stipulation of Dismissal filed by the plaintiff and the United States of America, the Court hereby dismisses the United States of America as a party to this action.


Dated: _____        _____
                              RYA W. ZOBEL
                              UNITED STATES DISTRICT COURT JUDGE
                              DISTRICT OF MASSACHUSETTS