UNITED STATE DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIV. ACTION NO. 04-10053RWZ

| | |
|---|---|
| MASSACHUSETTS ASSET <br><br> Plaintiff <br><br> vs. <br><br> ALICIA CLARK BRADLEY, <br><br> Defendant <br><br> vs. <br><br> UNITED STATES OF AMERICA <br> Reach and Apply Defendant, <br> Trustee Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**JOINT STATEMENT FOR LOCAL RULE 16.1 CONFERENCE**

I.  DISCOVERY PLAN

   All discovery is to be filed by June 30, 2004.

II.  PROPOSED SCHEDULE FOR FILING OF MOTIONS

   Dispositive motions to be filed by July 31, 2004.

III.  PRETRIAL CONFERENCE

   The parties expect that the case will be ready for a final pretrial conference by August 31, 2004.

1

IV.  CERTIFICATIONS OF COUNSEL AND PARTIES

Rule 16.1 certifications are attached hereto.

V.  OTHER MATTERS

The parties are aware of no other agenda items which must be discussed at the Rule 16.1 conference other than those described above.

The parties have not consented to trial by the Magistrate Judge.

Respectfully submitted,

| MASSACHUSETTS ASSET FINANCING CORPORATION<br>By its attorney, | ALICIA BRADLEY<br>By her attorney, |
|---|---|
| *[signature]*<br>Christopher Maffucci, Esq.<br>BBO# 645972<br>CASNER & EDWARDS, LLP.<br>303 Congress Street, 2nd Floor<br>Boston, MS 02210<br>617/426-5900 | *[signature]*<br>Charles D. Jones, Esq.<br>LA Bar Roll No. 07476<br>141 DeSiard Street, Suite 315<br>Monroe, Louisiana 71201<br>318/325-2644 |
| Dated: April 26, 2004 | Dated: April 23, 2004 |

UNITED STATES OF AMERICA

By its attorney,

*Christopher Donato /e/*
_____
Christopher Donato, Esq.
Assistant United States Attorney
United States District Court for the
District of Massachusetts
John Joseph Moakley
U. S. Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210
617/748-3308