UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIV. ACTION NO. 04-10053 RWZ

_____
                                                )
MASSACHUSETTS ASSET          )
FINANCING CORPORATION,      )
                                                )
    Plaintiff,                              )
                                                )
vs.                                            )
                                                )
ALICIA CLARK BRADLEY,         )
                                                )
    Defendant,                            )
                                                )
vs.                                            )
                                                )
UNITED STATES OF AMERICA   )
Reach and Apply Defendant,      )
Trustee Defendant.                     )
                                                )
_____)

**VOLUNTARY DISMISSAL BY PLAINTIFF**

    Plaintiff, by its undersigned counsel, pursuant to Federal Rules Civil Procedure 41(a)(1), hereby dismisses defendant United States of America only, from the above-captioned matter. Defendant United State of America has not answered Plaintiff's Complaint. Each party will pay its own costs.

                                            MASSACHUSETTS ASSET FINANCING
                                            CORP.
                                            By its attorney,

                                            /s/ Christopher Maffucci
                                            Christopher Maffucci # 645972
                                            CASNER & EDWARDS, LLP
                                            303 Congress Street, 2nd Floor
                                            Boston, MA 02210
Dated: May 3, 2004                       (617) 426-5900