UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIV. ACTION NO. 04-10053 RWZ

| | |
|---|---|
| MASSACHUSETTS ASSET FINANCING CORPORATION, | ) ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) ) |
| ALICIA CLARK BRADLEY, | ) ) |
| Defendant, | ) ) |
| vs. | ) ) |
| UNITED STATES OF AMERICA Reach and Apply Defendant, Trustee Defendant. | ) ) ) ) ) |

**PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

Plaintiff, by its undersigned counsel, pursuant to Fed.R.Civ.P. 56, moves that this Court grant it summary judgment on Count I of the Complaint, alleging breach of contract. In support of this Motion, plaintiff states that the pleadings and affidavits in this case show that there is no genuine issue as to any material fact with respect to Count I of plaintiff's complaint and that it is entitled to judgment as a matter of law.

In support of this motion plaintiff relies upon the affidavit of Phil Nadel and various exhibits attached thereto, and plaintiff's Statement of Material Facts pursuant to Local Rule 56.1 is set forth in its supporting Memorandum of Law filed in conjunction with this Motion.

                                                     Respectfully submitted,

                                                     MASSACHUSETTS ASSET FINANCING CORP.

                                                     By its attorney,

                                                   /s/ Christopher Maffucci
                                                 Christopher Maffucci # 645972
                                                 CASNER & EDWARDS, LLP
                                                 303 Congress Street, 2nd Floor
                                                 Boston, MA 02210
Dated: June 21, 2004                     (617) 426-5900

## CERTIFICATE OF SERVICE

    I hereby certify that a true copy of the above document was served upon each other party by electronically and by first class-mail on June 21, 2004.

                                                 /s/ Christopher Maffucci
                                                 Christopher Maffucci

6857.16/322940