UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| MASSACHUSETTS ASSET FINANCING CORPORATION,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>ALICIA CLARK BRADLEY,<br><br>　　　　　Defendant,<br><br>vs.<br><br>UNITED STATES OF AMERICA<br>　　　　Reach and Apply Defendant,<br>　　　　Trustee Defendant. | CIVIL ACTION NO.04-10053RWZ |

## LOCAL RULE 7.1(A)(2) CERTIFICATION

Counsel for the above-named plaintiff, Massachusetts Asset Financing Corp., certifies that he has conferred with counsel for defendant Alicia Clark Bradley and have attempted to narrow in good faith but without success to resolve or narrow the issues herein.

    Respectfully submitted,

    MASSACHUSETTS ASSET FINANCING CORP.
    By its attorney,

    /s/ Christopher Maffucci
    Christopher Maffucci # 645972
    CASNER & EDWARDS, LLP
    303 Congress Street, 2nd Floor
    Boston, MA 02210
Dated: June 21, 2004    (617) 426-5900

<u>CERTIFICATE OF SERVICE</u>

      I hereby certify that a true copy of the above document was served upon each other party by electronically and by first class-mail on June 21, 2004.

<u>/s/ Christopher Maffucci</u><br>
Christopher Maffucci

6857.16/323870