UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| _____ | ) | CIVIL ACTION NO.04-10053RWZ |
| MASSACHUSETTS ASSET | ) | |
| FINANCING CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| ALICIA CLARK BRADLEY, | ) | |
| | ) | |
| Defendant, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| UNITED STATES OF AMERICA | ) | |
| Reach and | ) | |
| Apply Defendant, | ) | |
| Trustee Defendant. | ) | |
| | ) | |
| _____) | | |

## **ORDER**

Upon consideration of the plaintiff Massachusetts Asset Financing Corp.'s Motion for Summary Judgment on Count I of its Complaint, plaintiff's Memorandum of Law, defendant Alicia Clark Bradley's opposition thereto, and the entire record herein, it is by the Court on this _____ day of _____, 2004,

ORDERED that plaintiff's Motion for Summary Judgment is hereby GRANTED; and

it is further ORDERED that plaintiff be awarded damages in the amount of $_____, with interest and costs in the amount of $_____.

Dated:_____           _____
6857.16/323864                    R.W. ZOBEL
                                  United States District Court Judge