**CHARLES D. JONES**
**E. ROLAND CHARLES**
A PROFESSIONAL LAW CORPORATION
* NOTARY *
141 DeSiard Street, Suite 315
P. O. Box 3043
Monroe, Louisiana 71201

Charles D. Jones
E. Roland Charles

OFFICE: 318/325-2644
318/322-4622
FAX: 318/325-2647

July 13, 2004

Honorable Rya W. Zobel
United States District Judge
John Joseph Moakley
U. S. Courthouse
1 Courthouse Way
Boston, MA 02210

RE:   Massachusetts Asset Financing Corp.
      Vs.
      Alicia Clark Bradley & United States of America
      Civil Action No.: 04-10053 RWZ

Dear Judge Zobel:

I am writing to inform you that the referenced matter has been amicably resolved as of July 12, 2004. A formal motion to dismiss will be filed by counsel for the plaintiff forthwith. The parties have agreed that plaintiff's pending Motion for Summary Judgment requires no response on the part of Alicia Clark Bradley due to settlement of the case.

Please do not hesitate to contact me should you have any questions regarding this matter.

Respectfully submitted,

CHARLES D. JONES
CDJ:met