UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-10053 RWZ

| | |
|---|---|
| MASSACHUSETTS ASSET FINANCING CORPORATION, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) ) |
| ALICIA CLARK BRADLEY, | ) ) |
| Defendant, | ) ) |
| vs. | ) ) |
| UNITED STATES OF AMERICA Reach and Apply Defendant, Trustee Defendant. | ) ) ) ) ) |

## AGREEMENT FOR JUDGMENT

1.     On February 16, 1999, plaintiff Massachusetts Asset Financing Corp. ("MAFCO") entered into a loan agreement ("Loan Agreement") and promissory note ("Note") whereby MAFCO agreed to lend defendant Alicia Clark Bradley $130,000.00. The Loan Agreement and Note required Bradley repay the obligation in seven equal annual installments of $33,150.00.

2.     On December 7, 1999, the parties entered into an amended loan agreement ("Amended Loan Agreement") whereby MAFCO agreed to lend Bradley an additional $15,629.64. The obligations set forth in the Amended Loan Agreement became incorporated into the Loan Agreement and Note.

3.     Bradley's obligations under the Loan were secured by a security interest granted to MAFCO by Bradley in all of her personal property under the Loan, including, without limitation, Bradley's right to receive the certain prize payments.

4.     Bradley failed to make the scheduled September 13, 2001 payment to MAFCO as required under the Note, nor has she made any other payments on the Note other than the first two scheduled payments.

5. As a result of Bradley's default, MAFCO accelerated the entire obligation under the Loan Agreement and Note, which became immediately due and payable.

6. On January 8, 2004, MAFCO filed this action against Bradley and service was made shortly thereafter.

7. Bradley and MAFCO desire to resolve the present litigation and agree that the following entries shall be made on the docket:

   a. Judgment for the plaintiff MAFCO in the amount of $74,070.00;

   b. Judgment to enter forthwith, all parties having waived their rights to appeal;

   c. Execution shall issue against Bradley in the amount of the Judgment;

   d. A settlement agreement resolving the litigation is attached hereto as Exhibit "A" and made a part hereof.

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| ALICIA CLARK BRADLEY. | MASSACHUSETTS ASSET FINANCING CORP. |
| By her attorneys, | By its attorneys, |
| *[signature]* | *[signature]* |
| Charles D. Jones, Esq. | Christopher Maffucci, Esq. |
| JONES & CHARLES | CASNER & EDWARDS, LLP |
| 141 DeSiard Street, Suite 315 | 303 Congress Street, 2nd Floor |
| Monroe, LA 71201 | Boston, MA 02110 |
| (318) 325-2644 | (617) 426-5900 |
| Date: July 19, 2004 | Date: July 20, 2004 |

6857.16/326083